# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00122-CR

**The State of Texas, Appellant**

**v.**

**Gloria Elizabeth Romero-Perez, Appellee**

### FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### NO. CR2016-659, THE HONORABLE GARY L. STEEL, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due April 9, 2018. On counsel's motion, the time for filing was extended to May 9, 2018. Appellant's counsel has now filed a second motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than June 8, 2018. No further extension of time will be granted and failure to comply with this order may result in the dismissal of the appeal for want of prosecution.

It is ordered on May 11, 2018.

Before Justices Puryear, Pemberton, and Bourland

Do Not Publish